1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES GOVERNMENT,        )    CASE: 6:11-MJ-00161-MJS
                                    )
12         Plaintiff,                )   STIPULATION TO WAIVE
                                    )    TIME FOR SPEEDY TRIAL
13    vs.                            )    THROUGH MARCH 21, 2012;
                                    )    AND ORDER
14 ANTHONY PAUL ROUGEAU,             )    THEREON
                                    )
15         Defendant.                )   Court: U.S. District Court - Yosemite
   _____ )    Judge: Honorable Michael J. Seng
                                    )
16

17     IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

18 officer for the National Park Service, Defendant, Anthony Paul Rougeau, and his attorney of

19 record, Carol Moses, that the time for speedy trial purposes be waived in the above-captioned

20 matter through the date of the status conference currently set for March 21, 2012, at

21 10:00 a.m.

22

23 Dated: March 8, 2012              /s/ Susan St. Vincent
                                     Susan St. Vincent
24                                   Acting Legal Officer for
                                     National Park Service
25

26 Dated: March 8, 2012              /s/*Carol Moses*
                                     Carol Moses
27                                   Attorney for
                                     Anthony Paul Rougeau
28

                                        1

* * * ORDER * * *

The Court, having reviewed the above request to waive time for speedy trial purposes through the date of the status conference currently scheduled for March 21, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

Time for speedy trial purposes is waived through March 21, 2012.

IT IS SO ORDERED.

Dated: March 13, 2012     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2