**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 513-8530

Attorney for Defendant,
ANTHONY ROUGEAU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 6:11-mj-00161-MJS |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET NEW TRIAL DATE |
| vs | |
| ANTHONY ROUGEAU, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the Defendant, ANTHONY ROUGEAU, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Trial in the above-captioned matter currently scheduled for May 17, 2012, at 8:30 AM be vacated and the matter be re-set for June 20, 2012, at 9:00 AM.

Dated: May 14, 2012        By:  /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                ANTHONY ROUGEAU

Dated: May 14, 2012        By:  /s/ Susan St. Vincent
                                SUSAN ST. VINCENT
                                Legal Officer for
                                National Park Service

STIPULATION TO VACATE TRIAL DATE
AND SET NEW TRIAL DATE                    1

ORDER

The Court having reviewed the above request to Vacate Trial Date and set new Trial Date to June 20, 2012, HEREBY ORDERS AS FOLLOWS:

The Trial scheduled for May 17, 2012, for Defendant, ANTHONY ROUGEAU, is continued until June 20, 2012 at 9:00 AM.

IT IS SO ORDERED.

Dated:   May 21, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE